UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FREDERICK BANKS,

    Plaintiff,

v.

US ATTORNEY SOO SONG, et al.,

    Defendants.

Civil Action No. 17-5304 (MAS) (DEA)

**MEMORANDUM AND ORDER**

This matter comes before the Court on a civil rights complaint filed by Plaintiff Frederick Banks, asserting claims against Soo Song, the United States Attorney for the Western District of Pennsylvania, the Honorable Mark R. Hornak, a United States District Judge in the Western District of Pennsylvania, and various other officials in the same district. The Court has reviewed the Complaint, and finds that all of the acts complained of occurred in Pennsylvania. As such, this Court does not have personal jurisdiction over the defendants because they do not reside in New Jersey and have no connections to New Jersey. *See Int'l Shoe Co. v. State of Wash., Office of Unemployment Comp. & Placement*, 326 U.S. 310, 316 (1945). Indeed, it appears that Plaintiff filed an identical complaint in the proper district only a few days prior to filing the instant complaint. *See Banks v. Song*, No. 17-mc-0632 (W.D. Pa. filed July 18, 2017). Accordingly, the Complaint is dismissed for a lack of personal jurisdiction.

IT IS on this ___15th___ day of November, 2017,

**ORDERED** that the Complaint is hereby **DISMISSED** for lack of jurisdiction; and it is further

**ORDERED** that the Clerk shall serve this Order upon Plaintiff by regular mail.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE